[No. 29000-0-III.  Division Three.  June 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD STEVEN LAW, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-01021-3, Bruce A. Spanner, J., entered April 29, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 29188-0-III.  Division Three.  June 2, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. KIMBERLEE A. MOYER, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 09-1-00298-4, Lesley A. Allan, J., entered June 10, 2010. *Reversed* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.

[Nos. 63895-5-I; 64794-6-I.  Division One.  June 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RYAN BIRD, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 08-1-09727-3, Michael Heavey, J., entered July 20, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Becker, JJ.

[No. 63977-3-I.  Division One.  June 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT HENRY KOCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01024-1, Jeffrey M. Ramsdell, J., entered July 10, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Appelwick, JJ.